**No. 09-11464. Michael A. Riskin, Petitioner v. Mike Martel, Acting Warden, et al.**

562 U.S. 882, 131 S. Ct. 203, 178 L. Ed. 2d 123, 2010 U.S. LEXIS 6519.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-11465. Rodriguez Samuel Da Matha De Santanna, Petitioner v. Maryland, et al.**

562 U.S. 882, 131 S. Ct. 204, 178 L. Ed. 2d 123, 2010 U.S. LEXIS 7054.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 426.

**No. 09-11466. Kalvin Sims, Petitioner v. Calvin Morton, Warden, et al.**

562 U.S. 882, 131 S. Ct. 204, 178 L. Ed. 2d 123, 2010 U.S. LEXIS 6799.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11467. Steve Ramon, Petitioner v. Amalia Rodriguez-Mendoza, et al.**

562 U.S. 882, 131 S. Ct. 204, 178 L. Ed. 2d 123, 2010 U.S. LEXIS 7006.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 372 Fed. Appx. 494.

**No. 09-11468. Oyoyo Adanna Ebuzoeme, aka Oyoyo Adanna Ofurum, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 882, 131 S. Ct. 205, 178 L. Ed. 2d 123, 2010 U.S. LEXIS 6768.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 352 Fed. Appx. 773.

**No. 09-11469. Fred T. Durrough, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 882, 131 S. Ct. 205, 178 L. Ed. 2d 123, 2010 U.S. LEXIS 6961.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-11470. Anthony Cross, Petitioner v. Nevada.**

562 U.S. 882, 131 S. Ct. 205, 178 L. Ed. 2d 123, 2010 U.S. LEXIS 6974.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 703.